May 21, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS, Appellant

NO. 14-12-00742-CV                                        V.

WADDELL GORDON LONG, Appellee

_____

     This cause, an appeal from the judgment in favor of appellee, Waddell Gordon Long, signed July 20, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

     We further order that all costs incurred by reason of this appeal be paid by appellee, Waddell Gordon Long.

     We further order this decision certified below for observance.